VINCENT MARTINEZ,

        Petitioner,

v.                                                    Case No. 18-cv-716-pp

BRIAN FOSTER,

        Respondent.

**ORDER DENYING WITHOUT PREJUDICE PETITIONER'S MOTION TO AMEND THE RECORD (DKT. NO. 36) AND GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME (DKT. NO. 42)**

      The petitioner, representing himself, filed a motion to amend the record on January 24, 2020. Dkt. No. 36. On June 1, 2020, the court ruled on other of the petitioner's pending motions—granting an extension of time until July 17, 2020 for the petitioner to file his brief (dkt. nos. 32, 37) and denying without prejudice his motion to appoint counsel (dkt. no. 33). Dkt. No. 39. The court reserved ruling on the motion to amend the record and ordered the respondent to file a response by June 15, 2020. Id.

      A week later, the respondent filed his response; he argues that the petitioner "does not adequately identify the documents he wants added or how they relate to this proceeding." Dkt. No. 40. The court agrees, and will deny without prejudice the petitioner's motion to amend. The court notes that on July 15, 2020, Attorney Robert Meyeroff appeared on behalf on the petitioner and asked the court for an extension of time to file a brief in support of the

1

petition. Dkt. Nos. 41, 42. The court will grant that motion. If the petitioner refiles a motion to amend the record with more specifics as to his proposed amendments, the court will revisit the issue.

The court **DENIES WITHOUT PREJUDICE** the petitioner's motion to amend the record. Dkt. No. 36.

The court **GRANTS** the petitioner's motion for extension of time. Dkt. No. 42.

The court **ORDERS** that the time for the petitioner to file a brief in support of his petition for writ of *habeas corpus* is **EXTENDED** until the end of the day on **September 30, 2020**.

Dated in Milwaukee, Wisconsin this 16th day of July, 2020.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**